UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LEROY SWAINGAN                                                  CIVIL ACTION

VERSUS                                                          NO. 07-1154

BURL CAIN, WARDEN                                               SECTION "N"(4)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Leroy Swaingan's petition for issuance of a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time barred.

New Orleans, Louisiana, this 6th day of November, 2009.

UNITED STATES DISTRICT JUDGE

